1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALAN B McREYNOLDS,,

                Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

                Defendant.

CASE NO. 11-cv-05306 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

     The Court, having reviewed the Report and Recommendation of Judge J. Richard
Creatura, United States Magistrate Judge, on the Defendant's Stipulated Motion for Remand
(ECF No. 18), and the remaining record, does hereby find and ORDER:

     (1)      The Court adopts the Report and Recommendation.

     (2)      The matter is REVERSED and REMANDED pursuant to sentence four of 42

                U.S.C. § 405(g). to the Administration for further consideration; and

1      (3)     The Clerk is directed to enter Judgment and close this case.

2      Dated this 10th day of January, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2